**Vamsidhar R. VURIMINDI, Petitioner**

v.

**Hon. Judge Diana ANHALT and Court of Common Pleas, Philadelphia, Respondents**

**No. 8 EM 2017**

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM.

AND NOW, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**.

The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

**Luis GARCIA, Petitioner**

v.

**The SECRETARY OF the COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS and District Attorney of Philadelphia County, Respondents**

**No. 7 EM 2017**

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus Petition for Writ of Habeas Corpus [King's Bench]" is **DENIED**.